UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 09-CV-60919-Seitz-O'Sullivan

MARGARET BRYSON,

    Plaintiff,

vs.

VF OUTLET, INC.,

    Defendant.
_____/

**Complaint -
Jury Trial Demanded**

FILED by VT D.C.
ELECTRONIC

June 22, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### Count I/ADEA Violation

Plaintiff, Margaret Bryson sues defendant, VF Outlet, Inc., and says:

### Introduction

1. This is a discrimination action brought by plaintiff, Margaret Bryson, a 62-year-old woman who was floor manager of VF Outlet, Inc.'s Sawgrass Mills Store until she was fired after 18 years by a store manager who told her that her $36,000 salary was "too much money" and replaced by a substantially younger woman. Plaintiff sues for all available legal and equitable relief, along with costs, including reasonable attorneys fees.

### Jurisdiction

2. This action arises under the Age Discrimination in Employment Act, 29 U.S.C. § 621, *et seq.* ("ADEA"). Jurisdiction is founded on 28 U.S.C. § 1331 (Federal question) and 28 U.S.C. §§ 1343(a)(4). The Court has jurisdiction to grant declaratory and further relief pursuant to 28 U.S.C. §§ 2201 and 2202.



**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL 33301 • 954.462.1983

The Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 to hear plaintiff's state law claims.

## Venue

3. Venue is proper in the Southern District of Florida pursuant to 28 U.S.C. § 1391(b) because the claims arose here and the defendants are subject to personal jurisdiction here.

## Parties

4. Plaintiff, Margaret Bryson, was at all material times prior to her termination on August 29, 2008, an employee of VF Outlet, Inc. in its Sawgrass Mills store. She is protected by the ADEA and FCRA because she is older than 40.

5. At all times material, defendant VF Outlet, Inc., was a Delaware corporation with its principal place of business in Greensboro, N.C., and was and is an "employer" as envisioned by the ADEA in 29 U.S.C. § 630(b) and by the FCRA in § 760.02(7), FLA. STAT.

## Conditions Precedent

6. Plaintiff, on or about September 8, 2008, timely filed a charge of discrimination with the Equal Employment Opportunity Commission and the Florida Commission on Human Rights ("FCHR") alleging discrimination on the basis of age and gender in the terms and conditions of her employment ("First COD").

7. As to Bryson's claims under the ADEA, the EEOC on March 24, 2009 issued a Notice of Right to Sue.

8. As to Bryson's claims under the FCRA, more than 180 days have passed without the FCHR's either conciliating plaintiff's claim of age discrimination or making a finding of no-cause against her, giving plaintiff the right to bring a civil action under the FCRA.

9. All conditions precedent to this action have been satisfied and/or waived.

## **General Allegations**

10. At all times material, Bryson was floor manager of VF Outlet's Sawgrass Mill store, where she had worked for 18 years.

11. Store manager Rogert Goerk fired her without warning August 29, telling her that her $36,000 salary was "too much money."

12. Plaintiff's duties were assumed by an employee in her 30s.

13. The actions of VF Outlet affected plaintiff in the compensation, terms, conditions and privileges of employment.

14. The treatment to which VF Outlet subjected plaintiff was based upon her being over the age of 40.

15. As a direct, natural, proximate and foreseeable result of VF Outlet's actions, plaintiff has lost wages and benefits in the past and will suffer additional losses in the future.

16. VF Outlet's actions, more particularly alleged above, constituted violations of the Age Discrimination in Employment Act, 29 U.S.C. § 621, *et seq.*, and were done willfully with knowing and or reckless disregard of the ADEA's proscriptions.

17. Plaintiff is entitled to be awarded reasonable attorney's fees and litigation expenses pursuant to 29 U.S.C. § 626(b).

18. Plaintiff has suffered irreparable harm for which there is no plain, adequate or complete remedy at law.

WHEREFORE, plaintiff prays that this Court will:

    a. issue a declaratory judgment that VF Outlet's treatment of Plaintiff violates the discrimination sections of the ADEA.

    b. enjoin VF Outlet and its agents from continuing to violate the plaintiff's federally protected rights and to make plaintiff whole, including through reinstatement, back pay and restoration of seniority and benefits;

    c. grant plaintiff judgment for liquidated damages under the ADEA;

    d. award plaintiff her costs, including reasonable attorney's fees and litigation expenses pursuant to 29 U.S.C. § 626(b); and

    e. grant plaintiff such other and further relief as the circumstances and law require or provide.

### **Count II/FCRA Violation**

19. Plaintiff realleges and adopts, as if fully set forth in Count II, all of the allegations in ¶¶ 1-6 and 8-15.

20. Defendant's behavior towards plaintiff, as more particularly alleged above, was based on her age and constituted age discrimination as proscribed by § 760.10(1), FLA. STAT. (2009).

21. As a direct, natural, proximate and foreseeable result of the actions of defendants, plaintiff has suffered past and future pecuniary losses, emotional

pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other nonpecuniary losses.

22. The discrimination against plaintiff, of which discrimination VF Outlet's higher management was aware and which discrimination it ratified, was in such reckless disregard of plaintiff's statutory rights against discrimination as to entitle plaintiff to an award of punitive damages against VF Outlet to punish it and to dissuade it and others from such conduct in the future.

23. The discrimination that plaintiff is suffering, in violation of her statutory right to be free of such discrimination, constitutes irreparable harm for which there is no adequate remedy at law.

24. Plaintiff is entitled to recover reasonable attorney's fees and litigation expenses against defendants pursuant to § 760.11(5), FLA. STAT. (2009).

WHEREFORE, plaintiff prays that this court will:

    a. issue a declaratory judgment that VF Outlet's practices towards plaintiff violate plaintiff's rights against age discrimination under the FCRA;

    b. enjoin VF Outlet and its agents from continuing to violate the plaintiff's statutorily protected rights and to make plaintiff whole, including through reinstatement, back pay and restoration of seniority and benefits;

    c. enter a judgment for plaintiff and against VF Outlet, for damages, including punitive damages;

    d. grant plaintiff her costs and a reasonable award of attorney's fees pursuant to the § 760.11(5), FLA. STAT. (2009); and

e. grant plaintiff such other and further relief as the circumstances and law require or provide.

### Demand for Jury Trial

Plaintiff demands trial by jury on all issues so triable.

Respectfully Submitted,

*/s/ William R. Amlong*
WILLIAM R. AMLONG
Florida Bar Number 470228
wramlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
Florida Bar Number 275565
kamlong@TheAmlongFirm.com
RANI NAIR
Florida Bar Number 29293
rbolen@theamlongfirm.com
JENNIFER DALEY
Florida Bar Number 856436
jdaley@theamlongfirm.com

AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301-1154
(954) 462-1983

Attorneys for Plaintiff

\\amlong3\cpshare\CPWin\HISTORY\090611_0001\F5B.1B

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

### I. (a) PLAINTIFFS
MARGARET BRYSON

### DEFENDANTS
VF OUTLET

**(b)** County of Residence of First Listed Plaintiff: **BROWARD**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **BROWARD**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
William R. Amlong, Jennifer Daley
Amlong & Amlong, P.A.,
500 N.E. 4th St., Second Floor, Ft. Lauderdale, FL 33301

Attorneys (If Known)

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☑ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

0:09CV60919-Seitz-O'Sullivan

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** | | ☐ 871 IRS--Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☑ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

### V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☑ NO
b) Related Cases ☐ YES ☑ NO
JUDGE
DOCKET NUMBER

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
29 U.S.C. § 621, et seq (ADEA)

LENGTH OF TRIAL via **5** days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
DATE

FOR OFFICE USE ONLY
AMOUNT 350.00 RECEIPT # 546623 FP